United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 SUPPLEMENTAL PENSION FUND, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 SUPPLEMENTAL PENSION FUND, SHEET METAL WORKERS LOCAL 104 VACATION-HOLIDAY SAVINGS FUND, MONTEREY/SANTA CRUZ AND SAN BENITO COUNTIES SHEET METAL LOCAL 104 TRAINING FUND, BOARD OF TRUSTEES OF THE MONTEREY/SANTA CRUZ AND SAN BENITO COUNTIES SHEET METAL LOCAL 104 TRAINING FUND, TRUSTEE RICK WERNER, SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL UNION 104, <br><br> Plaintiffs, <br><br> v. <br><br> NICHOLS PLUMBING & HEATING, INC., CLIFTON ENTERPRISES, INC., CRB ENTERPRISES MONTEREY, INC., <br><br> Defendants. | No. C 15-04260 WHA <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

The undersigned has reviewed the report and recommendation of Magistrate Judge Kandis Westmore and agrees that plaintiffs' motion for default judgment (Dkt. No. 36) should be **GRANTED**. This order **ADOPTS** in full the report and recommendation of

Judge Westmore. For the reasons stated therein, default judgment shall be entered for plaintiffs in the amount of $400,517.77.

**IT IS SO ORDERED.**

Dated: February 23, 2017.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE