**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 SUPPLEMENTAL PENSION FUND, BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 SUPPLEMENTAL PENSION FUND, SHEET METAL WORKERS LOCAL 104 VACATION-HOLIDAY SAVINGS FUND, MONTEREY/SANTA CRUZ AND SAN BENITO COUNTIES SHEET METAL LOCAL 104 TRAINING FUND, BOARD OF TRUSTEES OF THE MONTEREY/SANTA CRUZ AND SAN BENITO COUNTIES SHEET METAL LOCAL 104 TRAINING FUND, TRUSTEE RICK WERNER, SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL UNION 104, <br><br> Plaintiffs, <br><br> v. <br><br> NICHOLS PLUMBING & HEATING, INC., CLIFTON ENTERPRISES, INC., CRB ENTERPRISES MONTEREY, INC., <br><br> Defendants. | No. C 15-04260 WHA <br><br><br><br><br><br><br><br> **JUDGMENT** |

For the reasons stated in the accompanying order granting defendants' motion for default judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Sheet Metal Workers Local 104 Health Care Trust, Board of Trustees of the Sheet Metal Workers Local 104 Health

Care Trust, Sheet Metal Workers Pension Trust of Northern California, Board of Trustees of the Sheet Metal Workers Pension Trust of Northern California, Sheet Metal Workers Local 104 Supplemental Pension Fund, Board of Trustees of the Sheet Metal Workers Local 104 Supplemental Pension Fund, Sheet Metal Workers Local 104 Vacation-Holiday Savings Fund, Board of Trustees of the Sheet Metal Workers Local 104 Vacation-Holiday Savings Fund, Monterey/Santa Cruz and San Benito Counties Sheet Metal Local 104 Training Fund, Board of Trustees of the Monterey/Santa Cruz and San Benito Counties Sheet Metal Local 104 Training Fund, Trustee Rick Werner, and Sheet Metal Workers International Association Local Union 104 and against Nichols Plumbing & Heating, Inc., Clifton Enterprises, Inc., and CRB Enterprises Monterey, Inc. for the amount of $400,517.77.  The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated:  February 23, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2