EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number):* | FOR RECORDER'S USE ONLY |
|---|---|
| Recording requested by and return to: 172509/296344<br>Michele R. Stafford/Matthew P. Minser<br>Saltzman & Johnson Law Corporation<br>44 Montgomery Street, Suite 2110<br>San Francisco, California 94104<br>(415) 882-7900    (415) 882-9287<br>[✓] ATTORNEY FOR   [✓] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | |

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS: 450 Golden Gate Ave.
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA
BRANCH NAME: Northern District of California

PLAINTIFF: Sheet Metal Workers Local 104 Health Care Trust, et al.

DEFENDANT: Nichols Plumbing & Heating, Inc., et al.

| ABSTRACT OF JUDGMENT - CIVIL AND SMALL CLAIMS   [ ] Amended | CASE NUMBER: 3:15-cv-04260-WHA |
|---|---|
| | FOR COURT USE ONLY |

1. The [✓] judgment creditor  [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   ┌─────────────────────────────────┐
   │ Nichols Plumbing & Heating, Inc.│
   │ 351 Olympia Ave.                │
   │ Sand City, CA, 93955            │
   └─────────────────────────────────┘

   b. Driver's license No. [last 4 digits] and state:      [✓] Unknown
   c. Social security No. [last 4 digits]:                 [✓] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or
      mailed to *(name and address):* Nichols Plumbing & Heating, Inc., c/o Robert Clifton, 1 John St Unit C, Sand City, CA 93955

2. [✓] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Sheet Metal Workers Local 104 Health Care Trust, et al. (cont. on pg. 2, #13-15 and attachment)

4. [✓] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: 4/27/2017
Matthew P. Minser
(TYPE OR PRINT NAME)                    ▶ _/s/_ (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $  400,517.77
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* 2/23/17
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

10. [ ] An  [ ] execution lien  [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [✓] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [✓] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

This abstract issued on *(date):* 5/17/2017

Clerk, by _SUSAN Y. SOONG_, Deputy
           MARK ROMYN

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

*Martin Dean's*
ESSENTIAL FORMS™

ABSTRACT OF JUDGMENT - CIVIL
AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: Sheet Metal Workers Local 104 Health Care Trust, et al. | CASE NUMBER: 3:15-cv-04260-WHA |
|---|---|
| DEFENDANT: Nichols Plumbing & Heating, Inc., et al. | |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address)*:
Sheet Metal Workers Local 104 Health Care Trust, et al.
c/o Saltzman & Johnson Law Corporation
44 Montgomery Street, Ste 2110
San Francisco, CA 94104

14. Judgment creditor *(name and address)*:
See Attachment 15

15. [✓] Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address
Clifton Enterprises, Inc.
351 Olympia Ave.
Sand City, CA, 93955

Driver's license no. [last 4 digits]
and state: n/a                              ☐ Unknown
Social security no. [last 4 digits] n/a     ☐ Unknown
Summons was personally served at or mailed to *(address)*:
Clifton Enterprises, Inc. dba Nichols Plumbing & Heating, c/o Robert Clifton, 1 John St Unit C, Sand City, CA  93955

17. Name and last known address
CRB Enterprises Monterey, Inc.
531 Dry Creek Rd.
Monterey, CA 93940

Driver's license no. [last 4 digits]
and state: n/a                              ☐ Unknown
Social security no. [last 4 digits]  n/a    ☐ Unknown
Summons was personally served at or mailed to *(address)*:
CRB Enterprises Monterey, Inc., c/o Jeannette K. Witten, Esq., 490 Calle Principal, Monterey, CA 93940

18. Name and last known address

Driver's license no. [last 4 digits]
and state:                                  ☐ Unknown
Social security no. [last 4 digits]:        ☐ Unknown
Summons was personally served at or mailed to *(address)*:

19. Name and last known address

Driver's license no. [last 4 digits]
and state:                                  ☐ Unknown
Social security no. [last 4 digits]:        ☐ Unknown
Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.

MC-025

| SHORT TITLE: Sheet Metal Workers Local 104 Health Care Trust v. Nichols Plumbing | CASE NUMBER: 3:15-cv-04260-WHA |
|---|---|

**ATTACHMENT** *(Number)* : 15
*(This Attachment may be used with any Judicial Council form.)*

Judgment Creditors:

SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST; and its BOARD OF TRUSTEES;

SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA; and its BOARD OF TRUSTEES;

SHEET METAL WORKERS LOCAL 104 SUPPLEMENTAL PENSION FUND; and its BOARD OF TRUSTEES;

SHEET METAL WORKERS LOCAL 104 VACATION-HOLIDAY SAVINGS FUND; and its BOARD OF TRUSTEES;

MONTEREY/SANTA CRUZ AND SAN BENITO COUNTIES SHEET METAL LOCAL 104 TRAINING FUND; and its BOARD OF TRUSTEES;

RICK WERNER, Trustee;

SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL UNION 104

Address:

c/o Michele R. Stafford, Esq./Matthew P. Minser, Esq.
Saltzman & Johnson Law Corporation
44 Montgomery Street, Ste 2110
San Francisco, CA 94104

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1
*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]


Martin Dean's
ESSENTIAL FORMS™

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov